# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA EPLEY, | 3:06-cv-00199-BES-RAM |
| Plaintiff, | |
| v. | **ORDER** |
| LINDA MCMAHON,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#14) ("Recommendation"), entered on March 20, 2007, in which the Magistrate Judge recommends that this Court enter an order denying Plaintiff's Motion for Reversal of Commissioner's Decision (#10), and grant Defendant's Cross-Motion to Affirm the Commissioner's Final Decision (#13). Plaintiff filed her Objections to the Report and Recommendation (#15) on November 23, 2006. Defendant submitted her Response to Plaintiff's Objections (#16) on April 12, 2007.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#14), entered on March 20, 2007, is adopted and accepted without

1  modification.  Thus, in accordance with the Report and Recommendation, Plaintiff's motion
2  is DENIED, and Defendant's cross-motion is GRANTED.
3      IT IS SO ORDERED.
4      DATED: This 21ST day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE